**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2669-GW (JCx) | Date | June 23, 2017 |
|---|---|---|---|
| Title | *United States of America, et al. v. 11266 Chimineas Ave., Northridge, CA., et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On August 19, 2013, the Court vacated the Scheduling Conference and ordered parties to file a report to the Court concerning the status of the state criminal investigation every 90 days, with the first report due 90 days after the entry of this Order. If the related criminal matter is completed before any report is due, the parties will lodge a stipulation to vacate the stay within 30 days of the completion of the criminal case

On December 5, 2016, to Court received a Status Report in which parties requested that the stay in this case continue pending the resolution of the ancillary proceeding or upon motion of any party. The parties were to file a further status report by March 6, 2017. To this day, no report has been filed.

Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **July 7, 2017** why this action should not be dismissed for lack of prosecution.

 

                                                                                                                                                                                        :

                                           Initials of Preparer   KSS